**CENTURY FINANCIAL SERVICES GROUP, LTD., Plaintiff/Respondent,**

v.

**R & H FINANCIAL SERVICES, INC, Defendant/Appellant.**

No. 69909.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 26, 1996.

Edward P. Radetic, St. Louis, for Defendant/Appellant.

Brinker, Doyen & Kovacs, P.C., Jon R. Sanner, St. Louis, for Plaintiff/Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

## ORDER

PER CURIAM.

This appeal involves operative facts and legal issues which are the same as those considered in *Century Financial Services, Ltd. v. Bates*, 934 S.W.2d 619 (Mo.App.E.D. 1996). The attorneys for both sides, lessee's one point on appeal and lessor's response are identical. In deciding this appeal we adopt our decision in that case.

We affirm.